# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**JOSEPH P. MALIZIA,**
        Petitioner

v.

**WARDEN, FCI FORT DEVENS, MASSACHUSETTS,**
        Respondent.

**CIVIL ACTION NO.:
03-12618-EFH**

## O R D E R

### October 28, 2004

**HARRINGTON, S.D.J.**

    A Petition for Writ of Habeas Corpus under 28 USC §§ 2241 and 2244 having been filed by the Petitioner Joseph P. Malizia, the Court orders the United States Attorney for the District of Massachusetts to respond to said Petition on behalf of the respondent within thirty (30) days from the date of this Order.

    SO ORDERED.

                                                                   /s/ Edward F. Harrington
                                                                   **EDWARD F. HARRINGTON
United States Senior District Judge**